846 A.2d 617

IN THE MATTER OF JEFFREY M. RIEDL, AN ATTORNEY
AT LAW (ATTORNEY NO. 008461973).

May 5, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–328, concluding that **JEFFREY M. RIEDL** of **WYKCOFF**, who was admitted to the bar of this State in 1973, should be reprimanded for violating and *RPC* 5.3(b) and (c)(1)(failure to supervise non-lawyer employee), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JEFFREY M. RIEDL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.